Commonwealth *v.* Mosley, Appellant.

726

 Submitted June 11, 1973. *Robert B. Mozenter,* and *Mario & Mozenter,* for appellant; *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.